**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Emilio Alexander Juan**<br>DOB: 1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02496MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

On or about August 29, 2025, at or near Tucson, in the District of Arizona, **Emilio Alexander Juan,** knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is: seven (7) rounds of CCI ammunition; said ammunition being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 29, 2025, at approximately 8:00p.m., Tucson Police Department (TPD) Officers attempted to stop **Emilio Alexander JUAN** for a civil pedestrian traffic violation in the area of East 30th Street and South Craycroft Avenue, Tucson, Arizona. **JUAN** was with a group who appeared to be smoking something when he left the group and jaywalked across Craycroft Avenue. TPD officers attempted to stop **JUAN** but he fled on foot. During the short foot pursuit, TPD officers saw **JUAN** discard a red bulge item which they later discovered was a red bandana. TPD officers recovered the red bandana and found wrapped inside a black .22 caliber Ruger (Mark II) bearing serial number 21739410 handgun. The firearm had a magazine in it with seven (7) rounds of CCI ammunition.

In a post-*Miranda* statement, **JUAN** denied the firearm was his, then stated the firearm had been floating through the neighborhood before it was given to him. He stated he did not know the male who had given it to him. Officers determined that **JUAN** is a previously convicted felon who has not had his rights to possess firearms or ammunition restored.

A law enforcement records check revealed that **Emilio Alexander JUAN** was previously convicted in the United States District Court for the District of Arizona of the following: on 04/03/2009, Importation of Marijuana and Possession with Intent to Distribute Marijuana, in Case Number CR-08-00913-001-TUC-FRZ (CRP) for which he received a sentence of 32 months prison and on 05/08/2019, Conspiracy to Transport Illegal Aliens for Profit, in Case Number CR-19-00268-001-TUC-RCC (LCK) for which he was sentenced to 21 months prison. These offenses are felonies punishable by a term of imprisonment greater than one year.

An ATF interstate nexus expert performed a preliminary interstate nexus determination by examining the seven (7) rounds of CCI ammunition and determined that the ammunition was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar* 09/11/25 |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano*  *Raquel Arellano*  Digitally signed by RAQUEL ARELLANO Date: 2025.09.10 16:43:07 -07'00' | OFFICIAL TITLE<br>ATF TFO/TPD Detective Carlos Aguilar |
| **Sworn by telephone   x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 11, 2025 |

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54